IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00114-BNB

MACK W. THOMAS,

    Applicant,

v.

JOE ORTIZ, Executive Director D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 31 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Petition for Appointment of Conflict Free Counsel" and his "Petition for Production of Documents and Things Pursuant to Rule 34," both of which were filed on January 17, 2007, are DENIED as premature.

Dated: January 31, 2007

Copies of this Minute Order were mailed on January 31, 2007, to the following:

Mack W. Thomas
Prisoner No. 54954
2700 S. Rifle Street
Aurora, CO 80013

_____
Secretary/Deputy Clerk