IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-00114-LTB-MEH

MACK W. THOMAS,

    Plaintiff,

v.

JOE ORTIZ, Executive Director of D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

_____

**ORDER**
_____

    This case is before me on "Applicant's Objection to Magistrate Judge Order Denying His Motion to Supplement" (Doc 41). On February 29, 2008, the Magistrate Judge denied Applicant's motion (Doc 40). I have reviewed the Applicant's objections in light of the motion before the Magistrate Judge, the Magistrate Judge's denial of the motion, and the record in this case. Fed.R.Civ.P. 72(a). On review, I cannot conclude that the Magistrate Judge's order is either clearly erroneous or contrary to law. Accordingly

    IT IS ORDERED that the objections (Doc 41) are DENIED.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: March 6, 2008