IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00114-LTB-MEH

MACK W. THOMAS,

      Applicant,

v.

JOE ORTIZ, Executive Director of D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER

---

      This matter is before the Court *sua sponte*.

      It is hereby ORDERED that on or before November 17, 2008, the Clerk of the 20th Judicial District Court in Boulder County, Colorado, shall provide to this Court the original written record of Boulder County case No. 85 CR 736 - 6/3, *People v. Mack Willie Thomas*, including all minute entries and documents filed from April 2003 through December 2003.

      It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the 20th Judicial District Court by facsimile to (303) 441-4750 and by regular mail to Clerk of the 20th Judicial District Court, Boulder Justice Center, P.O. Box 4249, Boulder, CO 80306.

      Dated this 23rd day of October, 2008, in Denver, Colorado.

                                 BY THE COURT:

                                   s/ Michael E. Hegarty
                                   Michael E. Hegarty
                                   United States Magistrate Judge