IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00114-LTB-MEH

MACK W. THOMAS,

      Applicant,

v.

JOE ORTIZ, Executive Director of D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 14, 2009.**

      Applicant's Petition for Summary Judgment [filed October 14, 2008; docket #54] and Applicant's Second Petition for Summary Judgment[1] [filed January 6, 2009; docket #58], which the Court construes as requests for expedited disposition of Applicant's petition for habeas corpus, are **denied**. As the parties are aware, the Court was awaiting receipt of the state court records from the Boulder County District Court (which had been submitted to the Colorado Court of Appeals) in this matter. The records were received by this Court on January 9, 2009; therefore, the Court will proceed with its analysis of the habeas petition.

---

[1] Applicant's "petitions" do not meet the requirements of D.C. Colo. LCivR 56.1.