IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00114-LTB-MEH

MACK W. THOMAS,

    Applicant,

v.

JOE ORTIZ, Executive Director of D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER

---

    This matter is before the Court *sua sponte*. On February 4, 2009, this Court ordered production of the written record of Boulder County case No. 85 CR 736 - 6/3, *People v. Mack Willie Thomas*, including all documents filed from February 1997 through April 2003. However, the Court has received only documents dated February 1997 through July 1997 and documents dated April 2003 through December 2003. This Court directs the Boulder County District Court to supplement its production with the documents requested and, if it cannot do so, provide this Court with reasons for its inability to produce the documents.

    THEREFORE, it is hereby ORDERED that on or before April 15, 2009, the Clerk of the 20th Judicial District Court in Boulder County, Colorado, shall provide to this Court the original written record of Boulder County case No. 85 CR 736 - 6/3, *People v. Mack Willie Thomas*, including all documents filed from July 1997 through April 2003.

    It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the 20th Judicial District Court by facsimile to (303) 441-4750 and by regular mail to

Clerk of the 20th Judicial District Court, Boulder Justice Center, P.O. Box 4249, Boulder, CO 80306.

Dated this 24th day of March, 2009, in Denver, Colorado.

BY THE COURT:

　s/ Michael E. Hegarty　　　
Michael E. Hegarty
United States Magistrate Judge