IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00114-LTB-MEH

MACK W. THOMAS,

       Applicant,

v.

JOE ORTIZ, Executive Director of D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 2, 2009.**

       Applicant's Petition [Motion] for Default Judgement with Sactions [sic] and Contempt of Court against Respondents [filed May 27, 2009; docket #70] is **denied**.  The Applicant provides no support for his request for default judgment and the Court finds no basis upon which to sanction the Respondents in this matter.