IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00114-LTB-MEH

MACK W. THOMAS,

      Applicant,

v.

JOE ORTIZ, Executive Director of D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 24, 2009.**

      Applicant's second Petition [Motion] for Default Judgement with Sactions [sic] and Contempt of Court against Respondents [filed June 12, 2009; docket #73] is **denied**. The Applicant provides no evidence, beyond his own conclusory statements, that Respondents have failed to comply with this Court's orders;[1] therefore, the Court finds no basis upon which to sanction the Respondents in this matter.

      For the same reasons, Applicant's Petition to Compel Respondents to Produce for Discovery All Documents Repeatedly Requested by the Court [filed July 21, 2009; docket #75] is **denied**. The Court finds no basis upon which to compel the production of documents already received by the Court.

      The Court warns Applicant that any additional filings of redundant, frivolous or baseless motions may be grounds for sanctions, including the striking of such motions or dismissal of this case.

---

[1] Most of the orders to which Applicant refers are directed to a state court, which is not a party in this matter. Any other orders regarding the record were directed to all parties.