IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00114-LTB-MEH

MACK W. THOMAS,

      Applicant,

v.

JOE ORTIZ, Executive Director of D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 2, 2009.**

Applicant's Motion to Reconsider Order [filed November 6, 2009; docket #90] is **denied**. The Applicant requests reconsideration of the Court's order denying Applicant's Motion to Stay Court Proceedings. *See* docket #89. The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Servants of the Paraclete v. Does,* 204 F.3d 1005, 1012 (10th Cir. 2000). Such a motion is not an appropriate vehicle to "advance arguments that could have been raised in prior briefing." *Id.; see also Phelps v. Hamilton,* 122 F.3d 1309, 1324 (10th Cir. 1997).

The United States Code, 28 U.S.C. § 2251(a)(1), explicitly requires that a stay of state court proceedings must be based upon a "matter involved in the habeas corpus proceeding." In his current motion, the Applicant claims that the Court "incorrectly found that the proceeding to be stayed was a new or distinct matter from the one involved in the case." However, the information provided by the Applicant is the same as that provided in his original motion to stay – his recent conviction and incarceration arose from "probation violations"; therefore, the matter is new and not involved in the current habeas corpus proceeding. *See* October 16, 2009 Minute Order at docket #84; *see also* Applicant's "Request for Habeas Corpus due to Change of Status," docket #81 at 1. The Court finds no error in its analysis and order denying Applicant's Motion to Stay Court Proceedings.