**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00114-LTB-MEH

MACK W. THOMAS,

    Plaintiff,

v.

JOE ORTIZ, Executive Director of D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

---

**ORDER**

---

This case is before me on the Applicant's Objection to Magistrate Judge Order entered October 29, 2009 (Doc 89) denying his motion to stay state court proceedings and order denying his motion to reconsider (Doc 92). I have reviewed the Magistrate Judge's Order *de novo* in light of the file and record in this case and conclude that it is correct. Accordingly

Applicant's Objection to the Magistrate Judge's Order filed December 11, 2009 (Doc 98) is DENIED.

                                       BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   January 5, 2010