IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 17 2010

GREGORY C. LANGHAM
                    CLERK

CIVIL ACTION NO. 07-cv-00114-LTB-MEH

Mack W. Thomas,
    Plaintiff(s),

vs.

Joe Ortiz, Executive Director of the D.O.C., et al.,
    Defendant(s).

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __11th__ day of ___February___, 2010.


BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

Re:   07-cv-00114-LTB-MEH

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record, signed by Lewis T. Babcock, Judge, was mailed to the following on   February 17, 2010 .

Boulder District Court
Boulder County Justice Center
1777 6th Street, 1st Floor
Boulder, Colorado 80302

By: _____
      Deputy Clerk