IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00114-LTB-MEH

MACK W. THOMAS,

        Applicant,

v.

JOE ORTIZ. Executive Director of the DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Babcock, Judge

        Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

        ORDERED that a certificate of appealability will not be issued.

        DATED at Denver, Colorado this __25th__ day of February, 2010.

        BY THE COURT:

        s/Lewis T. Babcock
        JUDGE, UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLORADO