IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00114-LTB-MEH

MACK W. THOMAS,

    Applicant,

v.

JOE ORTIZ, Executive Director of D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER
---

    This matter is before the Court *sua sponte*. On February 17, 2010, Judge Babcock ordered that the written record of Boulder County District Court case No. 85 CR 736 - 6/3, *People v. Mack Willie Thomas*, be returned to the state court upon request by that court. On February 23, 2010, the Court received an executed "Receipt for State Court Record" from Boulder County District Court. However, the Applicant in this case filed a Notice of Appeal to the Tenth Circuit Court of Appeals on February 18, 2010, and the appellate court has since requested the record in this case.

    THEREFORE, it is hereby ORDERED that on or before March 15, 2010, the Clerk of the 20th Judicial District Court in Boulder County, Colorado, shall provide to this Court the original written record of Boulder County case No. 85 CR 736 - 6/3, *People v. Mack Willie Thomas*, including the trial and hearing transcripts.

    It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the 20th Judicial District Court by facsimile to (303) 441-4750 and by regular mail to Clerk of the 20th Judicial District Court, Boulder Justice Center, P.O. Box 4249, Boulder, CO 80306.

Dated this 8th day of March, 2010, in Denver, Colorado.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge