**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00114-LTB-MEH

MACK W. THOMAS,

    Plaintiff,

v.

JOE ORTIZ, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.
_____

**ORDER**
_____

Upon Defendants' Response to Applicant's Motion to Stay (Doc 117 - filed March 9, 2010), it is

ORDERED that Plaintiff's Motion to Stay State Court Proceedings Pending Appeal of District Court's Order and Judgment (Doc 107) is DENIED AS MOOT.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:  March 10, 2010