**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00114-LTB-MEH

MACK W. THOMAS,

    Plaintiff/Petitioner,

v.

JOE ORTIZ, EXECUTIVE DIRECTOR OF D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants/Respondents.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Petitioner's Objection to District Court's Order and Denial of Certificate of Appealability and [sic] Forma Pauperis (Doc No. 119) is DENIED.


Dated: March 18, 2010
_____