IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

CIVIL ACTION NO. 07-cv-00114 LTB-MEH

MACK W. THOMAS,

    Petitioner,

vs.

JOE ORTIZ, EXECUTIVE DIRECTOR OF D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER RETURNING STATE COURT RECORD**

---

    Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

    **ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __3rd__ day of ____May____, 2012.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock
                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00114 LTB-MEH

District Court, Boulder County
Boulder Justice Center
1777 6th St.
Boulder, CO 80302

Mack W. Thomas
# 54954
Kit Carson Correctional Center (KCCC)
P.O. Box 2000
Burlington, CO 80807

Christine Cates Brady - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  5/3/2012  .

GREGORY C. LANGHAM, CLERK

By: s/ D. Berardi
       Deputy Clerk